UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JACOB DEON FONVILLE   AIS#217161<br>Plaintiff,<br><br>vs.<br><br>KELLER W. SPEAKS<br>ZACKERY S. MCLEMORE<br>Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:19-CV-1340-CLM-HNJ<br>)<br>)<br>)<br>) |

### CORRECTIONAL OFFICER KELLER W. SPEAKS' AFFIDAVIT

Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Keller Speaks who being known to me and being by me first duly sworn, deposes and says under oath the following:

My name is Keller Speaks I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility. I am over 21 years of age.

On the day of March 19, 2019, I, Correctional Officer Keller Speaks was assigned to Y-Unit. At approximately 1:24 p.m. I and Correctional Officer Zackery McLemore were conducting a security check of Y-Unit. As I approached cell Y-3, I observed through the window inmate Jacob Fonville B/217161 with a sheet tied around his neck trying to hang himself. I opened Cell Y-3 to prevent inmate Fonville from successfully hanging himself, when Inmate Fonville suddenly rushed the cell door attempting to attack me. Out of fear for my safety, I engaged with inmate Fonville. I delivered several palm heel strikes to inmate Fonville facial area. Inmate Fonville continued to fight and not comply with the direct orders of "stop resisting", and "Lie down on the ground." I then attempted to conduct a two one on take down. Due to limited space inside the cell the two on one take down attempt was unsuccessful. Inmate Fonville was able to get back to his feet and continued to be combative and not comply with direct orders given. I engaged inmate Fonville for a second time attempting a second two on one take down. Inmate Fonville still continued to kick me and failed to follow direct orders. I was then able to gain back control of inmate Fonville and handcuffs were then placed to the rear. Inmate Fonville was then escorted to the infirmary for a body chart. No other force was used on my behalf and all forced ceased.

*Keller Speaks, Correctional Officer*

Sworn and subscribed before me and given under my hand and official seal this the 6th day of November, 2019.

*Taylor A. Rutley*
NOTARY PUBLIC

10-31-20
My Commission Expires