UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

JACOB DEON FONVILLE   AIS#217161   )
    Plaintiff,   )
    )
vs.   )   CIVIL ACTION NO. 2:19-CV-1340-CLM-HNJ
    )
KELLER W. SPEAKS   )
ZACKERY S. MCLEMORE   )
    Defendants.   )

## CORRECTIONAL OFFICER ZACKERY MCLEMORE'S AFFIDAVIT

    Before me, the undersigned authority, notary public in and for said County and the State of Alabama at large, personally appeared Zackery McLemore who being known to me and being by me first duly sworn, deposes and says under oath the following:

    My name is Zackery McLemore I am presently employed as Correctional Officer with William E. Donaldson Correctional Facility. I am over 21 years of age.

    On March 19, 2019, at approximately 1:25 p.m., I, Correctional Officer Zackery McLemore was assigned Rover to Y-Unit. I was conducting a security check of Y-Unit for cells 13-24. Correctional Officer Keller Speaks advised me to report to cell Y-3. Once Officer Speaks opened the cell door Y-3, I observed inmate Jacob Fonville B/217161, of cell Y-3, rush out of the cell swinging wildly with his fist clinched at Officer Speaks. I gave inmate Fonville several direct orders to stop and get on the floor. Inmate Fonville refused to comply and was taken to the floor, but was able to get back to his feet. Inmate Fonville attempted to rush towards Officer Speaks, I administered a one-one second burst of SABRE Red chemical agent (can #72, chit #72, Serial #5018307) to inmate Fonville's facial area. Inmate Fonville lost his balance and fell to the floor, striking the left side of his head on the floor. Inmate Fonville immediately returned to his feet as if the chemical agent had no effect on him. Inmate Fonville rushed back towards Officer Speaks, continuing to swing his clinched fist. I gave inmate Fonville several direct orders to stop and lay on the ground. Inmate Fonville refused to comply and continued his assault. Out of fear for Officer Speaks' and my safety I drew my State issued Smith & Wesson baton and administered a series of low forehand swings to inmate Fonville's legs and back. Inmate Fonville was taken to the floor again but he continued to swing and kick at Officer Speaks and me. I gave several direct orders to inmate Fonville to lay on the floor and stop his assault. Inmate Fonville refused to comply. I administered a second series of low forehand swings to

inmate Fonville's right leg, inadvertently striking his right arm due to him attempting to block the strikes. I gave inmate Fonville several direct orders to lay prone and put his hands behind his back. Inmate Fonville complied, handcuffs were applied and all force ceased. Inmate Fonville was assisted to his feet and escorted to the infirmary for decontamination and a body chart.

_____
Zackery McLemore, Correctional Officer

Sworn and subscribed before me and given under my hand and official seal this the 11th day of November, 2019.

_____
NOTARY PUBLIC

10-31-20
My Commission Expires