UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JACOB DEON FONVILLE
PLAINTIFF,

V.

KELLER W. SPEAKS, ET AL,
DEFENDANTS.

CASE NO: 2:19-CV-01340-KOB-HNJ

FILED
2021 JAN 28 A 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

## OBJECTION TO MAGISTRATE JUDGE REPORT AND RECOMMENDATION

I HAVE ASKED THIS HONORABLE COURT FOR APPOINTMENT OF COUNSEL A NUMBER OF TIME AND WAS NOT GRANT. I JACOB DEON FONVILLE AM DOING EVERYTHING ON MY OWN AND I DON'T KNOW ALL LAW TERMS I KNOW THAT I HAVE REPORT THAT I NEVER ASSAULTED THESE OFFICERS AND I ALSO STATED THAT I DIDN'T HAVE A SHEET AROUND MY NECK WHICH THE OFFICER CLAIM THE REASON THEY ENTER THE CELL, I WANT TO KNOW IS THIS COURT SAYING THAT IT'S RIGHT FOR OFFICERS TO MASE INMATE'S AND BET THEM IN THE HEAD WITH A BATON THAT IS HOW OFFICERS ARE SUPPOSE TO ACT IN A UNIFORM AND THIS COURT HAS THE SAME PHOTO I HAVE AND IT IS CLEAR THAT I WAS KNOCK OUT COLD ALSO I BEEN TELL THE COURT SINCE DAY ONE THAT WILLIAM. E. DONALDSON WASN'T LETTING ME HAVE LAW LIBRARY TIME TO LEARN WHAT I NEED TO KNOW TO ADDRESS THE COURT PROPERLY AND I AM STILL HAVING A HARD TIME GETTING THE HELP I NEED FROM INSIDE THIS LOCK UP CELL HERE AT LIMESTONE CORRECTIONAL FACILITY, SO I JACOB DEON FONVILLE AIS# 217161 AM ASK THIS COURT FOR HELP IN

MATTER AND WITHOUT HIRING RETAINMENT OF COUNSEL BECAUSE I WOULD LIKE TO APPEAL THIS BECAUSE I DIDN'T ASSAULT THESE OFFICER'S ALSO I WOULD LIKE TO LET THE COURT KNOW THAT MAIL HAVE BEEN SLOW GET WHERE IT NEED TO GO. ALSO THIS CASE BEEN GOING ON ALMOST A YEAR AND NO ONE FROM THE STATE HAVENT EVEN ATTEMPTED TO INVESTAGATE THIS INCIDENT IN MY BEHAVE (IJ HAVEN'T SEEN ME YET) AND DON'T HAVE ANY MONEY TO PAY FOR A LAWYER AGAIN I WOULD LIKE TO APPEAL THE JUDGES RECOMMENDATION AND I NEED TO TALK WITH SOMEBODY FROM THE COURT IN MY BEHALF BECAUSE WAS NEVER ABLE TO GIVE A REAL SWORN AFFIDAVIT BECAUSE I AM STILL SEEKING TRIAL IN THIS MATTER TO PROVE I DIDN'T ASSAULT OFFICERS KELLER SPEAKS OR ZACKERY MCLEMORE AND THAT COMPENSATORY DAMAGES AND PUNITIVE DAMAGES IS CLEARLY THE CASE.

RESPECTFULLY SUBMITTED
E. FONVILLE

JACOB DEON FONVILLE #217161
LIMESTONE CORRECTIONAL FACILITY
28779 NICK DAVIS ROAD
HARVEST, ALABAMA 35749

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

("LEGAL MAIL")

JAN 28 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



BIRMINGHAM AL 350
26 JAN 2021 PM 4
FIRST-CLASS

US POSTAGE
02 7H          $ 000.51⁰
0001320273    JAN 26 2021
MAILED FROM ZIP CODE 35749

CLERK OFFICE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

35203-203799